STATE OF NEW JERSEY v. HERBERT CHEATAM, *ET AL.*

June 8, 1972.  Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD E. WILLIAMS, *ET AL.*

June 8, 1972.  Petition for certification denied.